FURTHMANN, Appellant, v. FURTHMANN, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Charles Furthmann against Gertrude Furthmann. E. W. Willcox, of New York City,

for appellant. A. Levy, of New York City, for respondent. No opinion. Order affirmed. Order filed. See, also, 155 App. Div. 202, 139 N. Y. Supp. 1055.